IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| CHRISTINA E. IZZI | : | BANKR. NO.: 25-13502-DJB |
| | : | |
| Debtor | : | |

**ORDER EXTENDING TIME TO FILE A MOTION TO DISMISS PURSUANT TO 11 U.S.C. §707(b) AND TO FILE A COMPLAINT OBJECTING TO DISCHARGE**

AND NOW, this ____ day of January, 2026, upon consideration of the U. S. Trustee's Motion for the entry of an order extending the time to file a motion to dismiss pursuant to 11 U.S.C. §707(b) and to file a complaint seeking denial of discharge, and the response of the Debtor, if any, it is now, therefore,

ORDERED, ADJUDGED and DECREED that the U. S. Trustee's Motion is GRANTED and the time to file a motion to dismiss pursuant to 11 U.S.C. §707(b) and file a complaint objecting to the Debtor's discharge is hereby extended for all parties to and including February 6, 2026.

_____
DEREK J. BAKER
United States Bankruptcy Judge