IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| CHRISTINA IZZI | : | |
| | : | |
| Debtor | : | Bky. No. 25-13502-DJB |
| | : | |

**DEBTOR'S RESPONSE TO TRUSTEE'S MOTION FOR AN EXTENSION
OF TIME TO FILE A MOTION TO DISMISS**

Debtor. Christina Izzi, by and through her Attorney, Gary E. Thompson, Esquire, hereby responds to said Motion as follows:

1. Admitted,

2. Admitted.

3. Admitted.

4. Denied. Answering party is unable to affirm or deny the allegations contained herein. Strict proof is demanded at time of trial. It is believed and therefore averred that there is no newly discovered information that was not available to the U.S. Trustee from September 3, 2025 through December 5, 2025.

5. Denied. The allegations contained herein are conclusions of law to which no response is required. Strict proof is demanded at time of trial.

6. Admitted. By way of further averment, the Trustee must show a compelling reason or special circumstances for the Court to Grant an Extension. It is not just a simple request.

7. Admitted. By way of further averment. The Code, under 727€, has a mechanism in place to revoke a discharge should the U. S. Trustee discover new information. Delaying a

granting of a discharge by extending the time to file the motion, with no tangent new information is highly prejudicial to Debtor.

8. Denied. By way of further averment. The Code, under 727€, has a mechanism in place to revoke a discharge should the U. S. Trustee discover new information. Delaying a granting of a discharge by extending the time to file the motion, with no tangent new information is highly prejudicial to Debtor.

For the reasons set forth above, Debtor respectfully requests this Honorable Court Deny the Motion.

                                          CAROSELLA & ASSOCIATES, P.C.

12/12/25

Date__ _____              /S/ Gary E. Thompson

                                        Gary E. Thompson, Esquire
                                        Attorney for Defendant